# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOSEPH ERNEST POTTS,**<br><br>Defendant. | **CR 22-104-GF-BMM**<br><br><br><br>**ORDER NUNC PRO TUNC** |

The United States, having filed an Unopposed Motion to Modify Revocation Sentence Nunc Pro Tunc, and good cause appearing;

IT IS HEREBY ORDERED that the Order imposing custody with the Bureau of Prisons for 104 days shall be modified to 110 days to ensure the Defendant, Joseph Ernest Potts, remains in custody until May 2, 2024, when a bed at the residential re-entry center will be available for him.

DATED this 4th day of April, 2024.

_____
John Johnston
United States Magistrate Judge

1