# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JOSEPH ERNEST POTTS,<br><br><br>Defendant. | CR-22-104-GF-BMM<br><br><br><br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and

Recommendations in this matter on April 29, 2026. (Doc. 70.)

When a party makes no objections, the Court need not review *de novo* the

proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-

52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on April 29, 2026. (Doc. 66.) The United States accused Joseph Potts (Potts) of violating the conditions of his supervised release by: (1) being terminated from his placement at the Great Falls Pre-Release Center on April 26, 2026. (Doc. 64.)

At the revocation hearing, Potts admitted that he had violated condition of his supervised release as set forth the Petition. Judge Johnston recommended a sentence of custody of 5 months, with no term supervised release to follow. (Doc. 70.) The Court advised Potts of his right to appeal and to allocute before the undersigned.  He waived those rights.  (Doc. 66.)

The violations Bearcub admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 70) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Joseph Ernest Potts be sentenced for a term of 5 months with no supervised release to follow.

DATED this 30th day of April 2026.

Brian Morris, Chief District Judge
United States District Courts